IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LEAH DANEEN THOMPSON**                                          **PLAINTIFF**

v.                          No. 4:25-cv-538-DPM

**SOCIAL SECURITY
ADMINISTRATION, Commissioner**                                   **DEFENDANT**

### ORDER

Unopposed recommendation, *Doc. 11*, adopted.  Fed. R. Civ. P. 72(b)(1983 addition to advisory committee notes).  Substantial evidence supports the ALJ's decision;  and the Court sees no error of law.  *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019).  Thompson's complaint will therefore be dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025