IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LEAH DANEEN THOMPSON                                              PLAINTIFF

v.                          No. 4:25-cv-538-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                      DEFENDANT

## JUDGMENT

Thompson's complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

17 December 2025